UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Stephanie Boone
2332. 14th Pl SE
Wash DC 20020
202. 889 4676

V.

Office of The Chief of Police
300. Indiana Av NW
Wash DC 20001

7th District Police Dept.
2455. Alabama Av., S.E.
Wash DC 20020

U.S. Attorneys Office
555. 4th St NW
Wash DC 20001

FILED
MAR 31 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER 1:06CV00611
JUDGE: Henry H. Kennedy
DECK TYPE: Civil Rights (non-employme
DATE STAMP: 3/31/2006

RECEIVED
FEB 28 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## COMPLAINT

I've been denied meetings with the defendants in reference to leads I've given them. I have

(1)

1

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

documented, for at least 6 years, things I've witnessed practically everywhere I go. I don't know the meaning of these things; I've not been told if I've helped society. Some of these incidents involve my family. I continually tell the authorities I make the reports to benefit mankind. Yet, their Hush-Hush attitude has weakened my trust of them. This

(2)

neighborhood has been violent and very chaotic for several years. I went to 7-D to file a police report. They would <u>Not</u> allow me. I've called 7-D at least 50 times. Most of the time they would <u>Not</u> come out. If they came, they would <u>Not</u> go to the perpetrators' residence. This is only one of the many complaints I've had over the years. They need

(3)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

to discuss these issues seriously with me. Because of everything combined, my health has gone down 100%, my family is separated, my spouse's health is down 75%, we _may_ lose our home. The home became involved due to vandalism, etc...

We are requesting the Court grant us a meeting with a reliable authority to discuss the aforementioned. ~~Also, requesting relief of $50,000,000.~~

(4)

~~Stephanie Boone~~
~~230 Columbia A¹ SS~~
~~Wash DC~~
(~~Stephanie Boone~~)

## DISRICT COURT

I've confided in several churches, including Bible Way 1130 New Jersey Av., N.W. Wash., DC 20001 <u>and</u> Allen Chapel 2498 Alabama Ave., S.E. Wash DC 20020. Also, a lot of undesirable persons have invaded the area. Requesting relief of $50,000,000.

Stephanie Y Boone

Stephanie Boone
2332. 14th Pl SE
Wash DC 20020

(#) (5)