United States District Court of the District of Columbia

06-611 (HHK)

Stephanie Boone, plaintiff
   vs.

Us Attorneys Ofc.
Ofc. of The Chief of Police
7th D Police Dept.

RECEIVED
MAR 3 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Correction to A Complaint Addition

Allen Church is Allen Chapel of Wash., D.C. 20020; Bible Way Church is of Wash DC 20001. Official street address may be 1130. New Jersey Ave.

Stephanie Boone
Stephanie Y Boone
2332. 14th Pl SE
Wash DC 20020