# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Stephanie Boone

vs.

Ofc. of Chief of Police, et al

CA # 06 0611 HK

## AFFIDAVIT of Service

I, Stephanie Boone, hereby declare that on the 5th day of April. 2006, I mailed a copy of the Summons and Complaint, certified mail return

RECEIVED
APR 19 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1)

<u>DISTRICT COURT</u>

requested, to 7<u>th</u> D. Police Dept., Office of the Chief of Police, (U.S. Attorney General DOJ, and the US Attorney.) Attached hereto is the certified green card acknowledging service. (Have not received US Attorney's)

(2)

Stephanie Y Boone
Stephanie Boone
2332. 14<u>th</u> Pl SE
Wash DC 20020
202.8894676

**Receipt 1 (left):**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X [signature]
☐ Agent
☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

[Postmark: ANACOSTIA STATION, APR 6, 200?, WASHINGTON DC 20020]

3. Service Type:
☑ Certified Mail
☐ Registered
☐ Insured Mail
☐ Express Mail
☐ Return Receipt for Merchandise
☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

1. Article Addressed to:
7th District
Police
2455 Alabama
Av SE
Wash DC 20020

2. Article Number (Transfer from service label):
7005 1820 0000 8661 9605

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**Receipt 2 (right):**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X [signature]
☐ Agent
☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery: 4/07/06
D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type:
☑ Certified Mail
☐ Registered
☐ Insured Mail
☐ Express Mail
☐ Return Receipt for Merchandise
☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

1. Article Addressed to:
Ofc of the
Chief of Police
300 Indiana Av
NW
Wash DC 20001

2. Article Number (Transfer from service label):
7005 1820 0000 8661 9643

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540