2332. 14th Pl SE
Wash DC 20020
Apr. 18, 2006

District Court:
Re: #06 0611 (HHK)

I am representing myself PRO-se. But, I wanted to get some advice from a lawyer.

Is this allowed and if necessary, can I mention the lawyers' name in court?

RECEIVED
APR 19 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Thank You –
Stephanie Y Boone
(plaintiff)

P.S. My phone is not working at the time –