UNITED STATES DISTRICT COURT of the District of Columbia

Plaintiff
Stephanie Boone

Case NO.
06-0611
HHK

VS.

RECEIVED
APR 2 1 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

Ofc. of Chief of Police, et al., Defendants

MOTION TO INTRODUCE AN ADDition To Affidavit RE: SERVICE of Complaint To Defendants (Proof)

To day is April 20, 2006.

The following page to be submitted.

Stephanie Y Boone
Stephanie Boone
2332. 14th Pl SE
WASH DC 20020



7005 1820 0000 8661 9666

OFFICIAL USE

| | |
|---|---|
| Postage | $ $0.37 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.50 |
| Total Postage & Fees | $ $5.12 |

Postmark Here — BEN FRANKLIN PO WDC 20044-0001 USPS 04/05/2006

Sent To 7th District Police

Street, Apt. No.; or PO Box No. 2455. Alabama Av SE

City, State, ZIP+4 WAsh DC 20020

PS Form 3800, June 2002 See Reverse for Instructions

7005 1820 0000 8661 96__

| | |
|---|---|
| Postage | $ $0.37 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.50 |
| Total Postage & Fees | $ $5.12 |

Postmark Here — BEN FRANKLIN PO WDC 20044-0001 USPS 04/05/2006

Sent To US Attorney General

Street, Apt. No.; or PO Box No. DOJ 950 PEnnsylvania AV NW

City, State, ZIP+4 WAsh DC 20630

PS Form 3800, June 2002 See Reverse for Instructions

7005 1820 0000 8661 9643

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

WASHINGTON DC 20044

| | |
|---|---|
| Postage | $ $0.37 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.50 |
| Total Postage & Fees | $ $5.12 |

Postmark Here — BEN FRANKLIN PO WDC 20044-0001 USPS 04/05/2006

Sent To Ofc of the Chief of Police

Street, Apt. No.; or PO Box No. 300. Indiana AV NW

City, State, ZIP+4 WAsh D.C. 20001

PS Form 3800, June 2002 See Reverse for Instructions



7005 1820 0000 8661 9612

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

WASHINGTON DC 20044

| | |
|---|---|
| Postage | $ $0.37 |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To US Attorney

Street, Apt. No.; or PO Box No. 501. 3rd St NW

City, State, ZIP+4 WAsh DC 20001

PS Form 3800, June 2002 See Reverse for Instructions