UNITED STATES DISTRICT
COURT of the District of
Columbia

Plaintiff,
Stephanie Boone

vs.                                         CA # 06-0611 HHK

Defendants,
U.S. Attorney
Ofc., et al.

RECEIVED
APR 24 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

MOTION TO SUBMIT Last Two Green Cards Received Recently For Completion of Affidavit - Re: Proof of Service

Today is April 21, 2006. On page 2 - Green cards received from US Attorney General DOJ and US Attorney. Certificat of Services were mailed out April 5, 2006.

(1)

## District Court

Remaining 2 green cards were sent in approximately a week ago. Re: Chief of Police and 7th D Police Station.

Stephanie Y Boone

Stephanie Boone
2332. 14th Pl SE
Wash DC 20020

(2)

**Receipt 1 (left):**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
US Attorney
General DOJ
950 Pennsylvania
Av NW
Wash DC 20530

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X [signature] ☐ Agent ☐ Addressee
B. Received by (Printed Name): APR 10 2006
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7005 1820 0000 8661 9599

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**Receipt 2 (right):**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
US Attorney
501 3rd St NW
Wash DC 20001

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X [signature] ☐ Agent ☐ Addressee
B. Received by (Printed Name): APR 17 2006
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7005 1820 0000 8661 9612

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540