IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE BOONE, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>OFFICE OF THE CHIEF OF )<br>POLICE, et al., )<br>)<br>    Defendants. ) | Case No.: 1:06CV00611 (HHK) |

**DEFENDANTS' UNCONTESTED MOTION FOR AN
EXTENSION OF TIME IN WHICH TO FILE THEIR ANSWER OR
OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants hereby move this Court to extend the time in which to file their Answer or otherwise respond to Plaintiff's Complaint by a period of twenty (20) days. In support of its motion, Defendants submit the following:

1. The Defendants' Answer was due on May 1, 2006.

2. The Metropolitan Police Department received a copy of the Complaint on April 10, 2006. The Office of the Attorney General received a copy of the Complaint on April 20, 2006. The Complaint was assigned to Section 1 of the General Litigation Section on April 27, 2006. The Section Chief, who is responsible for reviewing and assigning incoming cases, was on leave at this time. It was assigned to Counsel on May 9, 2006.

3. On May 9, 2006, Plaintiff advised Counsel for Defendants that she does not oppose the requested extension of time.

**STATEMENT OF POINTS AND AUTHORITIES**

5. The Court has inherent power "to control the disposition of the causes on its docket." Landis v. N. Am. Co., 299 U.S. 248, 254 (1936). Further, under Rule 6(b) of the the

Federal Rules of Civil Procedure, "[a] court for cause shown may at any time in its discretion . . . upon motion made after the expiration of the specified period permit the act to be done where the failure to act was the result of excusable neglect . . . ." Fed. R. Civ. P. 6(b). Defendants' failure to file their Answer or otherwise respond to Plaintiff's Complaint was excusable.

WHEREFORE, Defendants request a twenty (20) day extension of time up to and including May 30, 2006, in which to file their Answer or otherwise respond to Plaintiff's Complaint.

    Respectfully submitted,

    ROBERT J. SPAGNOLETTI
    Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    /s/ Kimberly Matthews Johnson
    KIMBERLY MATTHEWS JOHNSON
    Chief, Section 1
    Bar No.: 435163

    /s/ Devanshi P. Patel
    DEVANSHI P. PATEL
    Bar No.: 493265
    Special Assistant Attorney General
    Office of the Attorney General
    441 4th Street, N.W.
    Sixth Floor South
    Washington, D.C. 20001
    Telephone No.: (202) 724-6522
    Telecopier No.: (202 724-6607
    Email: devanshi.patel@dc.gov
    Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **STEPHANIE BOONE,** )<br>)<br>    **Plaintiff,**       )<br>)<br>    **vs.**                    )<br>)<br>**OFFICE OF THE CHIEF OF** )<br>**POLICE, et al.,**         )<br>)<br>    **Defendants.**      ) | **Case No.:  1:06CV00611 (JHH)** |

### ORDER

This cause came on to be heard on Defendants' Uncontested Motion for an Extension of Time in Which to File Their Answer or Otherwise Respond to Plaintiff's Complaint.  It appearing to the Court that the time in which to file Defendants' Answer or otherwise to respond has expired, failure to act was excusable, and that Plaintiff does not oppose the granting of the motion:

IT IS ORDERED that Defendants, be given an additional twenty (20) days up to and including April 5, 2006, in which to file their Answer or otherwise respond to Plaintiff's Complaint.

This ___ day of May, 2006

_____
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of Defendants' Uncontested Motion for an Extension of Time in Which to File Their Answer or Otherwise Respond to Plaintiff's Complaint, with a proposed Order, was delivered by First Class Mail, postage prepaid this   9th   day of May, 2006 to:

Stephanie Y. Boone
2332 14th Place, S.E.
Washington, D.C. 20020
*Pro Se*

/s/ Devanshi P. Patel
Devanshi P. Patel