# UNITED STATES DISTRICT COURT
## of the District of Columbia

Stephanie Boone, plaintiff
vs.
U.S. Attorneys Ofc., et. al.
defendants

CA# 06 0611 HHK

## Motion - Request for an Inquiry

Today is May 10, 2006. I received a call from the U.S. Attorney's Office for a 20-day extension to file an answer. It came up on my monitor as a ~~~~ 202. number, identified as <u>unknown caller</u>. It was a female voice. She was <u>not</u> easy to under-

(1)

~~DISTRICT COURT~~

stand- spoke very quietly. I asked for her name. Her response was inaudible. (I did agree to the extension.)

If I'm <u>not</u> mistaken, I believe the U.S. Attorney's office was allowed 60-days to submit an answer.

Thus, I'm requesting the court to investigate the incident, if necessary. ~~If~~ the U.S. Attorney's Office was <u>not</u> in error, I <u>won't</u> need an answer from the court and will be awaiting some papers the ~~female~~ caller said she'd send.

Stephanie Y. Boone
Stephanie Boone
2332 14th Pl SE
Wash DC 20020

(2)