

West Virginia University
College of Law

May 11, 2006

Clerk's Office
United States District Court for the District of Columbia
US Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

Dear Sir or Madame:

On or about April 19, 2006 you issued, on our motion, a Writ of Attachment in case number 06-116. Caprice Roberts is out of town for the week and I wanted to get this information to you as quickly as possible. Dr. Paul Hartel, the respondent in this matter, has provided me with satisfactory proof that he paid the amount set forth in the underlying judgment directly to the plaintiff. (Unfortunately, he never took steps to advise the Clerk of the Northern District of West Virginia of this payment. The plaintiff did not notify us that the payment had been made.)

Since the judgment has been satisfied, we wish to withdraw the Writ of Attachment entered in this case. I will follow up to make the appropriate motion. In the meantime, I have notified the garnishee and the US Marshal's Office that we are no longer seeking payment.

Thank you for your prompt attention in this matter.

Yours,

Marjorie Anne McDiarmid
Director, Clinical Law Program

**RECEIVED**

MAY 1 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Phone: 304-293-5301
Fax: 304-293-6891
www.wvu.edu/~law

PO Box 6130
Morgantown, WV 26506-6130

Equal Opportunity/Affirmative Action Institution