United States District Court
District of Columbia

Stephanie Boone, Plaintiff
v.
Chief of Police, et. al.,
Defendants

RECEIVED
MAY 22 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1:06-0611 (HK)

## Motion- Deny the Defendants a 20-day Extension

I've received orders which have not been signed by the judge. There seems to be some confusion and question in reference to filing deadline, being that the call previously reported came from a U.S. Attorney Office, so reported.

*Stephanie Y Boone*
Stephanie Boone
2332. 14th Pl SE
Wash DC 20020

(1)

United States District Court of the
District of Columbia

## Certificate of Service

I hereby certify that a copy of this motion was delivered by first class mail this 21st day of May to: (the sender)

D. Patel
Bar # 493265
Special Assistant Attorney General
Office of the Attorney General
441. 4th St., N.W. 6th Floor South
Wash DC 20001

*Stephanie Y Boone*
Stephanie Boone

(2)