IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STEPHANIE BOONE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 1:06CV00611 |
| ) | (HHK) |
| **OFFICE OF THE CHIEF OF POLICE,** ) | |
| **SEVENTH DISTRICT POLICE DEPARTMENT,** ) | |
| **UNITED STATES ATTORNEYS OFFICE,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ERRATA - NOTICE OF APPEARANCE

The Civil Docket Sheet in the instant matter references Devanshi P. Patel, Special Assistant Attorney General, Office of Attorney General, as lead counsel for all Defendants. Accordingly, the Motion for Extension of Time to respond to the plaintiff's Complaint, filed May 9, 2006, reflects that it was filed on behalf of all three defendants in error. The Motion for Extension of Time was solely filed on behalf of Defendant the Office of the Chief of Police and Defendant the Seventh District Police Department.

The Clerk will please correct the appearance of Devanshi P. Patel, Special Assistant Attorney General, Office of Attorney General to reflect her representation on behalf of Defendant the Office of the Chief of Police and Defendant the Seventh District Police Department.

    Respectfully submitted,

    ROBERT J. SPAGNOLETTI
    Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

31135186.1

/s/ Kimberly Matthews Johnson
KIMBERLY MATTHEWS JOHNSON
Chief, General Litigation Section 1
Bar No.: 435163

/s/ Devanshi P. Patel
DEVANSHI P. PATEL
Bar No.: 493265
Special Assistant Attorney General
Office of the Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
Telephone No.: (202) 724-6522
Telecopier No.: (202) 724-6607
Email: devanshi.patel@dc.gov
Attorneys for Defendant