## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Errata - Notice of Appearance was mailed,

first class mail, postage prepaid, on this <u>30th</u> day of May, 2006 to:

Stephanie Boone
2332 14th Place, S.E.
Washington, D.C. 20020
*Pro Se*


/s/ Devanshi P. Patel_____
Devanshi P. Patel

31135186.1