## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Defendant the Office of the Chief of Police's and the Defendant Seventh District Police Department's Motion to Dismiss for Failure to State a Claim Upon Which Relief Can be Granted was mailed, first class mail, postage prepaid, on this 30th day of May, 2006 to:

Stephanie Boone
2332 14th Place, S.E.
Washington, D.C. 20020
*Pro Se*

                                                    /s/ Devanshi P. Patel
                                                    Devanshi P. Patel