### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE BOONE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OFFICE OF THE CHIEF OF POLICE, ) <br> SEVENTH DISTRICT POLICE DEPARTMENT, ) <br> UNITED STATES ATTORNEYS OFFICE, ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:06CV00611 <br> (HHK) |

### ORDER

Upon consideration of the Defendant the Office of the Chief of Police's and Defendant the Seventh District Police Department's Motion to Dismiss for Failure to State a Claim Upon Which Relief Can be Granted, the response thereto and the record herein, it is by the Court this _____ day of _____, 2006,

ORDERED: that the Motion is GRANTED; and it is

FURTHER ORDERED: that the plaintiff's Complaint be DISMISSED WITH PREJUDICE, as to Defendant the Office of the Chief of Police and Defendant the Seventh District Police Department.

_____
United States District Judge

cc:

    Stephanie Boone
    2332 14th Place, S.E.
    Washington, D.C. 20020
    *Pro Se*

    Devanshi P. Patel
    Special Assistant Attorney General
    441 4th Street, N.W.,
    6th Floor, South
    Washington, D.C. 20001
    Attorney for Defendants