UNITED STATES District Court of the District of Columbia

Stephanie Boone, plaintiff
vs.
Chief of Police, et. al., defendants

# 1:06:06-11 HHK

Motion - To Dismiss Defendants' Case and grant Plaintiff Requested Relief

The 20-day extension was to and including May 30, 2006. I called the clerk's office May 30, 2006 at approximately 3 pm. It was reported to me NO filing of answers had been done. Therefore, I request the court dismiss the opposition and grant the plaintiff

(1)

RECEIVED
JUN 1 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

the requested relief.

Also, probably because I am pro se, I've <u>not</u> received any notice of opposition to filing motions by mail to the clerk's office. Thus, this motion should be seriously accepted.

Stephanie Y Boone
Stephanie Boone
2332. 14th Pl
SE
WAsh DC 20020

(2)