UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE BOONE,<br><br>            Plaintiff,<br><br>   v.<br><br>OFFICE OF THE CHIEF OF POLICE, et al.,<br><br>            Defendants. | Civil Action 06-00611 (HHK) |

ORDER DIRECTING PLAINTIFF TO RESPOND
TO DEFENDANT'S DISPOSITIVE MOTION

This matter comes before the court upon defendant's motion to dismiss filed on May 30, 2006.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the D.C. Circuit held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509. Accordingly, it is this 5th day of June, 2006, hereby

**ORDERED** that plaintiff shall respond to defendant's motion to dismiss by July 5, 2006. If plaintiff fails to file a response or opposition to defendant's motion by this deadline, the court may treat the motion as conceded and enter judgment in favor of defendant. *See* LCvR 7(b).

Henry H. Kennedy, Jr.
United States District Judge