United States District Court of the
United District of Columbia

Stephanie Boone, plaintiff
    v.
Office of the Chief of
Police, et. al., defendants

# 1:06CV00611 (HK)

## Motion to Dismiss the Defendants' Motion

1. Re: Section: Facts
If the Courts Know I must present my suit under the name District of Columbia Government, I request the courts allow the substitution (name.)

2. I explained the situation clearly in my complaint. I've been seeing persons who look very much alike, all kind of vandalism has occurred against us; etc...

RECEIVED
JUN 0 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1)

3. Correction: Relief requested is $50,000,000.

4. I also requested to speak with a reliable authority.

5. I've gone to the police. Half the time, they took <u>no</u> action, most of the time they would <u>not</u> report when called, etc...

6. It's been a highly disgusting situation for years. Thus, I request the Court deny the defendants' request to dismiss. Plaintiff's case.

*Stephanie Y Boone*

Stephanie Boone
2332. 14th Pl SE
Wash DC 20020

(2)

District Court

I hereby certify that a copy of the foregoing statements: Motion to dismiss the defendants' Motion Re: Claim upon which relief can be granted was mailed first class to Defendant on this day ___ day of June 2006.

D. Patel
Special Assistant Attorney General
441. 4th St NW
Wash DC 20001

*Stephanie Y Boone*
Stephanie Boone

(3)