United States District Court of the
District of Columbia

Stephanie Boone, plaintiff
  v.
Chief of Police, et.al.,
  defendant

# 1:06:0611
(HHK)

MOTION: Certificate of Service (without Return of Service Card) Be allowed RE: Plaintiff's Motion for Dismissal of Defendants' Opposition due to no Answer Received by Due date May 30, 2006 — Relief to be Granted

RE: Next page
    Certificate of Service

RECEIVED
JUN 08 2006
NANCY MAYER-WHITTINGTON
U.S. DISTRICT COURT

Stephanie Y Boone
Stephanie Boone
2332. 14th Pl SE
Wash DC 20020

## Certificate of Service

I hereby certify that a copy of the Motion: To dismiss defendants' case and award the plaintiff relief as requested was mailed first class to defendant on this day 31 day of May 2006.

D. Patel
Special Assistant Attorney General
441. 4th St NW
Wash DC 20001

*Stephanie Y Boone*
Stephanie Boone