United States District Court of the
District of Columbia

Stephanie Boone, plaintiff
vs.
Chief of Police, et. al.,
Defendants

\# 1:06:0611
HHK

Motion: To Submit Additional Complaint Information

RECEIVED
JUN 12 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

Half of my physical problems were a result of an assault on my head by a Brenda Goins. I believe she worked for the government to some extent. The police have <u>never</u> answered my

(1)

<u>District Court</u>

complaint in reference to whether or <u>not</u> she'd been apprehended and arrested. I was going to emergency at hospitals everyday. Now, because I'm still enduring massive body pain, I'm often at the clinic. We've been harassed. At least - or an approximate - a hundred juveniles have been around our house. They vandalize and make

(2)

## District Court

loud noises for hours. I was stalked at a Hecht's Department store where I worked in 1999 to 2000. We've had hundreds of harassing calls. All these things — and more — have been reported to the authorities. And, it has taken a toll on my health and the sanctity of our home-life.

(3)

District Court

Stephanie Y. Boone

Stephanie Boone
2332. 14th Pl SE
Wash DC  20020

## Certificate of Service

I certify that the foregoing motion has been submitted to the defendant on this day 8 June 2006, By first-class mail.

D. Patel
Special Assistant U.S. Attorney General
441. 4th St NW
Wash DC 20001

(4)

Stephanie Y Boone
Stephanie Boone