UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE BOONE,<br><br>           Plaintiff,<br><br>    v.<br><br>OFFICE OF THE CHIEF OF POLICE, et al.,<br><br>           Defendants. | Civil Action 06-00611 (HHK) |

**ORDER**

On May 30, 2006 defendants moved to dismiss plaintiff's complaint for failure to state a claim. Defendants argued that dismissal was warranted given that defendants are agencies of the District of Columbia, and therefore cannot be sued as separate entities. In response, on June 1, 2006 and June 6, 2006, plaintiff—proceeding *pro se*—filed two documents which purported to oppose defendants' motion. In addition, on June 12, 2006, plaintiff filed a motion captioned "Motion to Submit Additional Complaint Information." Upon consideration of the motions, the oppositions thereto, and the record of this case, it is this 16th day of June hereby

**ORDERED** that the court will construe plaintiff's opposition to defendants' motion to dismiss as an amended complaint that names the District of Columbia as a defendant; it is further

**ORDERED** that defendants' motion to dismiss (Dkt. #13) is **DENIED** as moot in light of plaintiff's amended complaint; and it is further

**ORDERED** that plaintiff's "Motion to Submit Additional Complaint Information" is **DENIED** as the motion is not accompanied by a statement of points and authorities as required by LCvR 7(a).

                                                      Henry H. Kennedy, Jr.
                                                      United States District Judge

Dated: June 19, 2006