United States District Court of
The District of Columbia

Stephanie Boone,
plaintiff

vs.

(Government of the
District of Columbia)

Chief of Police, et. al.,
Defendants

#1:06:0611 HHK

RECEIVED
JUN 20 2006
NANCY MAYER...
U.S. ...

Submission of Green Card. RE:
Answer to Defendant's motion to
Dismiss.

RECEIVED
JUN 13 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

Stephanie Y Boone
Stephanie Boone
332. 14th Pl SE
Wash DC 20020

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

D. Patel
Spec. Asst.
441. 4th St NW
Wash DC

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
O Duncan                          6.7.06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)   7005 1820 0001 7523 5501

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540