IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE BOONE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06CV00611 |
| ) | (HHK) |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT DISTRICT OF COLUMBIA'S MOTION TO DISMISS PLAINTIFF BOONE'S COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**

Defendant District of Columbia respectfully moves this Court to dismiss Stephanie Boone's Complaint pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted. The District of Columbia is immune from liability pursuant to the public duty doctrine under which a government and its agents owe no duty to provide public services to particular citizens as individuals absent a special relationship. Because Boone does not maintain a special relationship with Defendant, Boone cannot set forth any facts that would entitle her relief. Accordingly, Boone's Complaint should be dismissed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

As explained in the accompanying Memorandum in Support of Defendant's Motion, Defendant District of Columbia requests that its Motion to Dismiss be granted and Boone's Complaint be dismissed with prejudice.

    Respectfully submitted,

    ROBERT J. SPAGNOLETTI
    Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division


    /s/ Kimberly Matthews Johnson
    KIMBERLY MATTHEWS JOHNSON
    Bar Number 435163
    Chief, General Litigation Section I


    /s/ Devanshi P. Patel
    DEVANSHI P. PATEL
    Special Assistant Attorney General
    Bar Number 493265
    441 Fourth Street, N.W.
    Washington, D.C. 20001
    (202) 724-6522
    (202) 727-3625 (fax)
    E-mail: devanshi.patel@dc.gov