## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant District of Columbia's Motion to Dismiss for Failure to State a Claim Upon Which Relief Can be Granted was mailed, first class mail, postage prepaid, on this 28th day of June, 2006 to:

Stephanie Boone
2332 14th Place, S.E.
Washington, D.C. 20020
*Pro Se*

/s/ Devanshi P. Patel
Devanshi P. Patel