IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE BOONE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06CV00611 |
| ) | (HHK) |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

Upon consideration of Defendant District of Columbia's Motion to Dismiss for Failure to State a Claim Upon Which Relief Can be Granted, the response thereto and the record herein, it is by the Court this _____ day of _____, 2006,

ORDERED: that the Motion is GRANTED; and it is

FURTHER ORDERED: that the plaintiff's Complaint be DISMISSED WITH PREJUDICE.

_____
United States District Judge

cc:

    Stephanie Boone
    2332 14th Place, S.E.
    Washington, D.C. 20020
    *Pro Se*

    Devanshi P. Patel
    Special Assistant Attorney General
    441 4th Street, N.W.,
    6th Floor, South
    Washington, D.C. 20001
    Attorney for Defendants