# The United States District Court For the District of Columbia

Stephanie Boone,
   plaintiff

vs.

Case # 1:06CV00611
         (HHK)

District of Columbia

## Motion to Dismiss Defendant's Motion RE: Failure to State Claim Upon Which Relief Can Be Granted

1. The special relationship is I am a citizen of the United States.

2. I have mentioned an assault. The police are not providing me any information as to their pursuit of the case. United States citizens expect more from their government.

RECEIVED
JUL 5 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1)

United States District Court for the District of Columbia

3. My family sometimes is extremely depressed. I ask them if they've been harassed. They just look to the floor and say nothing. How do I know the police is not causing problems?!!

4. A plus is; I noticed misleading things on most D.C. bills, reported it to the authorities, the bill amounts came down. I also did community service- making improvements along M.L. King Avenue. Suddenly, the area had become highly congested. Now, it's quieter.

(2)

<u>District Court</u>

5. I will present hospital documents showing my problems since the assault.

6. When I am privileged to speak with a reliable authority, I'm only interested in what relates to me and my immediate family.

7. I did <u>not</u> say the police did <u>not</u> follow leads. I said they're <u>not</u> discussing them with me.

8. Another incident of concern:

(3)

<u>District Court</u>

A female seems to follow me home. She's acting weird. She looks like several persons I've seen. Things like that cause extreme concern.

My medical care has been mainly at Walter Reed Hospital.

9. Note: This motion from the Defendants came from the ofc. of Fulbright and Jaworski 601 Penna. Av. NW. That seems strange to me. Signed by Patel.

Stephanie Boone
*Stephanie Y Boone*
2332. 14th Pl SE
Wash DC 20020

(4)

## District Court

## Certificate of Service

I certify a copy of the foregoing motion was mailed first-class to D. Patel, 441. 4th St NW Wash DC 20001 on 3rd of July 2006.

(5)