UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE BOONE,<br><br>    Plaintiff,<br><br>  v.<br><br>DISTRICT OF COLUMBIA,<br>    Defendant. | Civil Action 06-00611 (HHK) |

## JUDGMENT

Pursuant to Fed. R. Civ. P. 58, and for the reasons stated by the court in its memorandum docketed this same day, it is this 12th day of January, 2007, hereby

**ORDERED** and **ADJUDGED** that judgment is entered in favor of the defendant.

                   Henry H. Kennedy, Jr.
                   United States District Court

Dated: January 12, 2007