UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JAN 29 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Stephanie Boone
Plaintiff

vs.

7th District Police,
Government of the District of Columbia
Defendant

Civil Action No. 06-0611

## NOTICE OF APPEAL

Notice is hereby given this 23 day of Jan., 2007, that Stephanie Boone, plaintiff hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 12 day of Jan, 2007 in favor of Stephanie Boone, plaintiff against said 7th District Police, Government of the District of Columbia

Stephanie Y. Boone
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

7th District Police
2455. Alabama Av SE, Wash DC 20020

Attorney General
441. 4th St NW, Wash DC 20001