# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5048**  **September Term, 2006**

**FILED**
**AUG 1 5 2007**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

06cv00611

Filed On: June 5, 2007 [1045105]

Stephanie Y. Boone,
  Appellant

v.

Office of the Chief of Police, et al.,
  Appellees

**MANDATE**
Pursuant to the provisions of Fed. R. App.Pro.41(a)
ISSUED: 8/8/07
BY:
ATTACHED: ___ Amending Order
           ___ Opinion
           ___ Order on Costs

**BEFORE**: Ginsburg, Chief Judge, and Randolph and Griffith, Circuit Judges

### ORDER

Upon consideration of the motion for summary affirmance; the court's April 26, 2007 order to show cause why the motion for summary affirmance should not be considered and decided without a response; and appellant's response and supplemental response thereto, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED** that the motion for summary affirmance be granted. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). The district court properly dismissed appellant's complaint based on the public duty doctrine. Under that doctrine, appellees are protected from claims "arising from allegedly inadequate responses to calls . . . for the investigation of crimes." Raiford v. District of Columbia, 116 F.3d 942 (D.C. Cir. 1997) (Table) (citing Warren v. District of Columbia, 444 A.2d 1 (D.C. 1981)).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

A True Copy:
  United States Court of Appeals
  for the District of Columbia Circuit
  By: _____ Deputy Clerk